**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01509-CV

### IN RE SECURITY SYSTEMS, INC., Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15848**

## ORDER
Before Justices Schenck, Reichek, and Evans

Based on the Court's memorandum opinion of this date, we **DENY** relator's December 9, 2019 petition for writ of mandamus. We **LIFT** the stay issued by this Court on December 10, 2019.

                              /s/     AMANDA L. REICHEK
                                      JUSTICE